1
2
3
4
5
6
7

**FILED**
CLERK, U.S. DISTRICT COURT

**7/8/2022**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ JB _____ DEPUTY

8

UNITED STATES DISTRICT COURT

9

FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

June 2022 Grand Jury

11 | UNITED STATES OF AMERICA,                    CR   2:22-cr-00306-DSF

12 |          Plaintiff,                          I N D I C T M E N T

13 |          v.                                  [18 U.S.C. §§ 2251(a), (e):
                                                  Attempted Production of Child
14 | ANTHONY FRANK SCOVOTTO,                      Pornography; 18 U.S.C. § 2260A:
         aka "Franky Pisano,"                     Commission of a Felony Offense
15 |     aka "frankypisano93,"                    Involving a Minor While Required
         aka "frankypis"                          to Register as a Sex Offender; 18
16 |     aka "Franky,"                            U.S.C. §§ 2253 and 2428 and 28
         aka "Frankie,"                           U.S.C. § 2461(c): Criminal
17 |                                              Forfeiture]
              Defendant.
18

19        The Grand Jury charges:

20                              COUNT ONE

21                       [18 U.S.C. §§ 2251(a), (e)]

22        Beginning on or about April 1, 2017, and continuing until on or

23   about May 12, 2017, in Los Angeles County, within the Central

24   District of California, and elsewhere, defendant ANTHONY FRANK

25   SCOVOTTO, also known as ("aka") "Franky Pisano," aka

26   "frankypisano93," aka "frankypis," aka "Franky," aka "Frankie,"

27   attempted to knowingly employ, use, persuade, induce, entice, and

28   coerce an eleven-year-old minor female, who had not obtained the age

of 18 years, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

Defendant SCOVOTTO's commission of the above-described offense occurred subsequent to defendant SCOVOTTO's conviction under the laws of the State of California relating to aggravated sexual abuse, sexual abuse, or abusive sexual contact involving a minor, namely, Lewd and Lascivious Acts Upon a Child Younger than Fourteen, in violation of California Penal Code Section 288(a), in the Superior Court of the State of California, County of Orange, case number OONF2314, on or about April 10, 2001.

COUNT TWO

[18 U.S.C. § 2260A]

Beginning on or about April 1, 2017, and continuing until on or about May 12, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant ANTHONY FRANK SCOVOTTO, aka "Franky Pisano," aka "frankypisano93," aka "frankypis," aka "Franky," aka "Frankie," being required by California law to register as a sex offender, committed a felony offense involving a minor in violation of Title 18, United States Code, Section 2251(a), namely, Attempted Production of Child Pornography, as charged in Count One of this Indictment.

1                              FORFEITURE ALLEGATION

2                      [18 U.S.C. § 2253; 28 U.S.C. § 2461(c)]

3          1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal

4    Procedure, notice is hereby given that the United States of America

5    will seek forfeiture as part of any sentence, pursuant to Title 18,

6    United States Code, Section 2253 and Title 28, United States Code,

7    Section 2461(c), in the event of the defendant's conviction of the

8    offenses set forth in any of Counts One and Two of this Indictment.

9          2.    The defendant, if so convicted, shall forfeit to the United

10   States of America the following property:

11         (a)    All right, title, and interest in any visual depiction

12   involved in any such offense, or any book, magazine, periodical, film

13   videotape, or other matter which contains any such visual depiction,

14   which was produced, transported, mailed, shipped or received and

15   involved in any such offense;

16         (b)    All right, title, and interest in any property, real

17   or personal, constituting or traceable to gross profits or other

18   proceeds obtained from such offense;

19         (c)    All right, title, and interest in any property, real

20   or personal, used or intended to be used to commit or to promote the

21   commission of such offense or any property traceable to such

22   property; and

23         (d)    To the extent such property is not available for

24   forfeiture, a sum of money equal to the total value of the property

25   described in subparagraphs (a), (b), and (c).

26         3.    Pursuant to Title 21, United States Code, Section 853(p), as

27   incorporated by Title 18 Section 2253(b), the defendant, if so

28   convicted, shall forfeit substitute property, up to the total value

                                        4

1  of the property described in the preceding paragraph if, as the

2  result of any act or omission of the defendant, the property

3  described in the preceding paragraph, or any portion thereof:

4  (a) cannot be located upon the exercise of due diligence; (b) has

5  been transferred, sold to or deposited with a third party; (c) has

6  been placed beyond the jurisdiction of the court; (d) has been

7  substantially diminished in value; or (e) has been commingled with

8  other property that cannot be divided without difficulty.

9

10                                A TRUE BILL

11

12                                _____/S/_____

13                                Foreperson

14  STEPHANIE S. CHRISTENSEN
    Acting United States Attorney

15

16

17  SCOTT M. GARRINGER
    Assistant United States Attorney

18  Chief, Criminal Division

19  JOANNA M. CURTIS
    Assistant United States Attorney

20  Chief, Violent & Organized Crime Section

21  CLAIRE E. KELLY
    Assistant United States Attorney

22  Violent & Organized Crime Section

23

24

25

26

27

28

                                5